RECEIVED
AUG 22 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CEAREY JAMES, natural tutor of the minor child ADALEIGH MARIE JAMES, individually and on behalf of the decedent, BRETT T. LASYONE | CIVIL ACTION NO: 1:18-cv-1316 |
| VERSUS | JUDGE DRELL |
| AMERICAN HONDA MOTOR CO., INC., ET AL | MAG. JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge (Doc. 33) previously filed herein, noting the absence of objections filed thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the motion to appoint (Doc. 11) is **DENIED**.

**IT IS FURTHER ORDERED** that the motion to amend (Doc. 10) is **DENIED**.

**IT IS FURTHER ORDERED** that the motion to remand (Doc. 9) is **DENIED**.

**SIGNED** this 21st day of August, 2019, at Alexandria, Louisiana.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT